**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GABRIELLE SHAPIRO, | : | No. 648 MAL 2025 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished Order** of the |
| v. | : | Superior Court at No. 2400 EDA |
| | : | 2025 entered on October 24, 2025, |
| | : | **quashing** the Order of the Chester |
| MICHAEL SHAPIRO, | : | County Court of Common Pleas at |
| | : | No. 2024-05799-CU entered on |
| Petitioner | : | August 18, 2025 |

## ORDER

PER CURIAM                                                    DECIDED: January 20, 2026

**AND NOW**, this 20th day of January, 2026, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Superior Court is **VACATED**, and the matter is **REMANDED** to that court for consideration of the merits of Petitioner's appeal. *See* Pa.R.A.P. 1701(b)(3) ("A timely order granting reconsideration under this paragraph shall render inoperative any such notice of appeal or petition for review of a quasijudicial order theretofore or thereafter filed or docketed with respect to the prior order."); *id.* ("Where a timely order of reconsideration is entered under this paragraph, the time for filing a notice of appeal or petition for review begins to run anew after the entry of the decision on reconsideration, whether or not that decision amounts to a reaffirmation of the prior determination of the trial court or other government unit.").